UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KOBI CHIASSON | * | CIVIL ACTION NO. 24-1666 |
| | * | |
| VERSUS | * | SECTION: "P"(1) |
| | * | |
| CRAIG WEBRE, LAFOURCHE PARISH SHERIFF | * | JUDGE DARREL JAMES PAPILLION |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |
| ************************************* | * | |

## CALL DOCKET

This matter was set for the Court's October 30, 2024, call docket because there was no record of service or appearance by defendant. On October 17, 2024, plaintiff filed evidence of service on the defendant.

IT IS HEREBY ORDERED that the call docket in this matter is marked SATISFIED. No appearance is required on October 30, 2024.

New Orleans, Louisiana, this 29th day of October, 2024.

_____
Janis van Meerveld
United States Magistrate Judge