**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

KOBI CHIASSON                                      CIVIL ACTION

VERSUS                                             NO. 24-1666

CRAIG WEBRE, LAFOURCHE              SECTION: "P" (1)
PARISH SHERIFF, ET AL.

<u>**ORDER**</u>

The Court, having considered the Complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (R. Doc. 27), and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that plaintiff's claims against John Doe Officers of Lafourche Parish Sheriff's Office are **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 4(m) and Fed. R. Civ. P. 41(b).

New Orleans, Louisiana, this 8th day of May 2026.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**