## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

KOBI CHIASSON                                      CIVIL ACTION

VERSUS                                             NO. 24-1666

CRAIG WEBRE, LAFOURCHE PARISH                      SECTION "P" (1)
SHERIFF, ET AL.

## <u>ORDER</u>

The Court, having considered the Complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (R. Doc. 30), and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Federal Rule of Civil Procedure Rule 41(b) authorizes dismissal for failure to prosecute upon motion by a defendant. As indicated in the Magistrate Judge's Report and Recommendation, the United States Supreme Court has found that Rule 41(b)'s permissive language, "which merely authorizes a motion by the defendant[,]" does not abrogate the Court's inherent power to dismiss an action *sua sponte* for lack of prosecution.[1] Given Plaintiff's absence from the preliminary conference, despite multiple attempts to contact him and explicit warning that failure to participate in the conference would result in dismissal of the action, along with his failure to file any objection to the Magistrate Judge's Report and Recommendation,

**IT IS ORDERED** that Kobi Chiasson's claims against Lafourche Parish Sheriff Craig Webre are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

---

[1] *Link v. Wabash R. Co.*, 370 U.S. 626, 630–31 (1962).

New Orleans, Louisiana, this 6th day of August 2026.

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**

2